

**NUMBER 13-20-00370-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**IN THE INTEREST OF R.J.V.R., A CHILD**

**On appeal from the 377th District Court
of Victoria County, Texas.**

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Longoria**

Appellant filed a notice of appeal on August 25, 2020, attempting to appeal an order of termination of appellant's parental rights entered on July 14, 2020. On August 25, 2020 and September 29, 2020, the clerk of this court informed appellant the notice of appeal was not timely filed. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within fifteen days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction.

Appellant failed to respond to the Court's notice. Subsequently, on October 15, 2020, this Court abated the appeal for a determination of whether appellant had abandoned the appeal. The trial court appointed new appellate counsel and this Court notified the newly appointed counsel of the defect in the notice of appeal and advised counsel that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction.

Appellant's counsel has responded, informing this Court that the defect cannot be cured. The Court, having considered the documents on file and appellant's inability correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

NORA L. LONGORIA
Justice

Delivered and filed the
17th day of December, 2020.